IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: May 10, 2000

PAN AMERICAN GRAIN          *
                            *
    Plaintiff              *
                            *
vs.                         *      CIVIL NO. 97-2248 (SEC)
                            *
CONTINENTAL GRAIN, et al    *
                            *
    Defendants             *
                            *
*******************************

By Order of the Court, **a Status Conference is hereby set for May 17, 2000 at 10:00 a.m.**

This proceeding will be held before Honorable Salvador E. Casellas.

Kim Flores
Courtroom Deputy Clerk

s/c Antonio Moreda Toledo
    Derek Walker & Joseph LeBlanc
    James Belk Arece
    Keith Graffam
    Anthony Mavronicolas
    James A. Toro