IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: May 12, 2000

PAN AMERICAN GRAIN　　　　　　　*
　　　　　　　　　　　　　　　　*
　　Plaintiff　　　　　　　　　　*
　　　　　　　　　　　　　　　　*
vs.　　　　　　　　　　　　　　 *　　　CIVIL NO. 97-2248 (SEC)
　　　　　　　　　　　　　　　　*
CONTINENTAL GRAIN, et al　　　　*
　　　　　　　　　　　　　　　　*
　　Defendants　　　　　　　　　*
　　　　　　　　　　　　　　　　*
*******************************

Upon plaintiff's request (**#35**) and by Order of the Court, **Status Conference set for May 17 is hereby set for May 25, 2000 at 10:00 a.m.**

This proceeding will be held before Honorable Salvador E. Casellas.

Kim Flores
Courtroom Deputy Clerk