# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

| CIVIL CASE NO: **97-2248(SEC)** | DATE: May 25, 2000 |
|---|---|
| PAN AMERICAN GRAIN | Attorneys: |
| Plaintiff | Moreda & Moreda |
| V. | |
| CONTINENTAL GRAIN COMPANY, INC., et. al. | Keith A. Graffam |
| Defendants | |

### STATUS CONFERENCE

At the status conference held today the parties were in agreement that the case of <u>Pan American Grain v. P.R. Rico Ports, et. al.</u>, **Civil No. 96-1499(HL)**, constitutes *res judicata* for purposes of this case. Therefore, upon parties' request and by order of the Court, **all proceedings are stayed** pending disposition of the appeal taken in Civil No. 96-1499(HL). For that purpose, the parties shall inform the Court of the result of the appeal. If the appeal confirms the judgment entered in Civil No. 96-1499(HL), the case shall be dismissed with prejudice.

In addition, Plaintiff informed the Court that a settlement had been reached with Ochoa Fertilizer, Inc. Therefore, the Court instructed Plaintiff to file for voluntary dismissal with prejudice against that party.

/SALVADOR E. CASELLAS
U.S. District Judge

