IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PAN AMERICAN GRAIN           *
                             *
    Plaintiffs               *
                             *    **Civil No. 97-2248(SEC)**
        v.                   *
                             *
CONTINENTAL GRAIN COMPANY,   *
INC., et. al.                *
                             *
    Defendants               *
*************************************

**ORDER**

On May 25, 2000, this Court held a status conference in the case at bar with counsel for both parties present. The parties were in agreement that the case of <u>Pan American Grain v. P.R. Rico Ports, et. al.</u>, Civil No. 96-1499(HL), constitutes *res judicata* for purposes of this case. (Docket #37). Furthermore, the parties informed the Court that the case of <u>Pan American Grain v. P.R. Rico Ports, et. al.</u>, Civil No. 96-1499(HL) was dismissed and judgment was entered after a jury trial. Plaintiff appealed and the appeal is still pending before the First Circuit.

At that time, the Court decided to leave the above-captioned case open and pending in the Court's docket in an inactive state, its dismissal contingent on the First Circuit's confirmation of the judgment entered by Judge Laffite in Civil No. 96-1499(HL). However, in view of the fact that the above-captioned case is over three years old already and that Civil Case No. 96-1499(HL) has a *res judicata* effect on this case, the Court now rules that sound administrative reasons warrant the dismissal of this case without prejudice. Should the judgment entered by Judge Laffite in Civil No. 96-1499(HL) be reversed, the parties may request the reopening of this case. Judgment shall be entered accordingly.

AO 72A
(Rev.8/82)

Civil No. 97-2248(SEC) 2

**SO ORDERED.**

In San Juan, Puerto Rico, this 28th day of September, 2000.

SALVADOR E. CASELLAS
United States District Judge