IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PAN AMERICAN GRAIN                  *
                                    *
     Plaintiffs                     *
                                    *    Civil No. 97-2248(SEC)
     v.                             *
                                    *
CONTINENTAL GRAIN COMPANY,          *
INC., et. al.                       *
                                    *
     Defendants                     *
*************************************

## JUDGMENT

Pursuant to this Court's Order of even date, the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**. The parties may request reopening of this case only if the judgment entered in a parallel case, Civil No. 96-1499(HL), is reversed.

**SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 28 day of September, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)