IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PAN AMERICAN GRAIN             *
                               *
Plaintiff                      *
                               *   Civil No. 97-2248(SEC)
v.                             *
                               *
CONTINENTAL GRAIN CO. INC., et al.*
                               *
Defendants                     *
************************************

## AMENDED JUDGMENT

On May 25, 2000, a Status Conference was held in chambers. At the conference, the parties agreed that the case of <u>Pan American Grain Manufacturing Co., Inc. v. Puerto Rico Ports Authority</u>, Civil No. 96-1499(HL) constituted *res judicata* for all purposes in this matter. Therefore, this case was stayed, and eventually dismissed without prejudice, while the parallel case was on appeal. The Court informed the parties that if the First Circuit Court of Appeals affirmed Judge Laffitte's decision, the above-captioned matter would be dismissed with prejudice. **(Docket #37)**

On July 9, 2002, the First Circuit Court of Appeals affirmed Judge Laffitte's decision in the parallel case of <u>Pan American Grain Manufacturing Co., Inc. v. Puerto Rico Ports Authority</u>, Civil No. 96-1499(HL). **(Docket #49, ex. A)**. Therefore, pursuant to the parties' agreement the above-captioned matter is hereby **DISMISSED WITH PREJUDICE**. Amended Judgment is entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 4 7TH day of September, 2002.

SALVADOR E. CASELLAS
United States District Judge


