## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

PAN AMERICAN GRAIN
MANUFACTURING COMPANY
    Plaintiff
        v.          Civil No. 97-2248(SEC)
CONTINENTAL GRAIN COMPANY,
INC.; et al.
    Defendants

### O R D E R

| MOTION | RULING |
|---|---|
| Docket #40<br>Informative Motion and Request for Dismissal of Complaint | MOOT. <u>See</u> Docket # 41. |

DATE:  January 22, 2003

                                    SALVADOR E. CASELLAS
                                    United States District Judge

